**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **ROGER M HERRING ET AL** | **CASE NO. 3:20-CV-00745** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **RHONDA BEARD ET AL** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 8] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED,** that the motion to dismiss for lack of subject matter jurisdiction [Doc. No. 6] filed by the United States is **GRANTED**, and that plaintiffs' suit is hereby **DISMISSED, WITHOUT PREJUDICE**, in its entirety.

MONROE, Louisiana, this 24th day of August, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE